IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARIMY CRAWFORD, | |
| Plaintiff, | Civil Action No. 1:22-cv-03178-TWT |
| v. | |
| MANNING & ASSOCIATES SECURITY, LLC, and WAYNE MANNING, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Civil Local Rule 3.3, Plaintiff Darimy Crawford ("Plaintiff") hereby respectfully submits his Certificate of Interested Persons and Corporate Disclosure Statement.

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in the action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Darimy Crawford

- Defendant Manning & Associates Security, LLC ("MAS")

1

- Defendant Wayne Manning

The undersigned counsel lacks knowledge regarding whether MAS has a parent corporation, or whether any publicly held corporation owns 10% or more of its stock. Such information is in the possession of Defendants.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Scott Employment Law, P.C. (counsel for Plaintiff)

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Plaintiff</u>

Justin M. Scott
Michael David Forrest
Scott Employment Law, P.C.
160 Clairemont Avenue, Suite 610
Decatur, Georgia 30030
Telephone: 678.780.4880
Facsimile: 478.575.2590
jscott@scottemploymentlaw.com
mforrest@scottemploymentlaw.com

<u>Defendant</u>

Presently unknown.

Respectfully submitted, this 11th day of August 2022.

/s/ *Michael D. Forrest*
Michael David Forrest
Georgia Bar No. 974300
Justin M. Scott
Georgia Bar No. 557463
Scott Employment Law, P.C.
160 Clairemont Avenue, Suite 610
Decatur, Georgia 30030
Telephone: 678.780.4880
Facsimile: 478.575.2590
jscott@scottemploymentlaw.com
mforrest@scottemploymentlaw.com

Counsel for Plaintiff