## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **DARIMY CRAWFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **1:22-cv-03178-TWT** |
| **MANNING & ASSOCIATES** | ) | |
| **SECURITY, LLC, AND WAYNE** | ) | |
| **MANNING,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANTS

COME NOW John D. Bennett and the law firm of Freeman Mathis & Gary, LLP with the consent of the Defendants, Manning & Associates Security, LLC and Wayne Manning, and pursuant to Local Rule 83.1(E)(3), hereby files this Certificate of Consent to Withdraw as counsel for the Defendants, showing the Court as follows:

Defendants' deadline to answer or to otherwise respond to Plaintiff's Complaint is currently due on September 27, 2022. (Doc. 8). Mr. Bennett has requested to withdraw as counsel in this matter, and the Defendants have consented, as shown by the signature of Mr. Manning below.

Pursuant to Local Rule 83.1, the Defendants have been advised of the following: (1) the Court shall retention of jurisdiction over the action; (2) the

Defendants have an obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served; (3) while a trial date has not yet been set, if and when it is set, the Defendants shall have an obligation to prepare for trial or hire other counsel to prepare for trial; (4) failure or refusal to satisfy court-related obligations could result in adverse consequences including, in criminal cases, bond forfeiture and arrest; (5) the dates of any scheduled proceedings, including trial, and that these dates will not be affected by the withdrawal of counsel; (6) notices may be served on the client at the client's last known address; and (7) the client is a corporation or organization, which is the case for Defendant Manning & Associates Security, LLC, it may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not represent the client unless that officer is admitted to the bar of this Court as a regular member or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against the client.

Signature of Wayne Manning on behalf of himself and Manning & Associates Security, LLC:

*Respectfully submitted.*

*/s/ John D. Bennett*

John D. Bennett
Georgia Bar No. 059212
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339
T:  (770) 342-8812
F:  (770) 937-9960
E:  jbennett@fmglaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **DARIMY CRAWFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **1:22-cv-03178-TWT** |
| **MANNIG & ASSOCIATES** | ) | |
| **SECURITY, LLC, AND WAYNE** | ) | |
| **MANNING,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney of record for the Defendants hereby certifies that the foregoing CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANTS was this day filed with the Clerk of the Court utilizing its CM/ECF filing system, which will provide electronic copies of same to counsel for Plaintiff, namely:

Michael David Forrest
Justin M. Scott
SCOTT EMPLOYMENT LAW, P.C.
160 Clairemont Avenue, Suite 610
Decatur, Georgia 30030
Telephone: (678) 780-4880
jscott@scottemploymentlaw.com

I have also served an electronic copy of this notice to Wayne Manning at wlmanning@massllc.org

This 9th day of September, 2022.

/s/ John D. Bennett
John D. Bennett
Georgia Bar No. 059212

*Counsel for Defendants*